AO 440 (Rev. 10/93) Summons in a Civil Action

~~Norma~~ Gonzalez RETURN OF SERVICE CAB-02-149

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8-5-02 |
| NAME OF SERVER (PRINT) Sam Wallace | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Rt 5 Box 463 San Benito, tx in Cameron County @ 9:14PM

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

AUG 0 6 2002

Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-5-02
Date

Signature of Server

943 N. Expressway #15-6
Address of Server

Brownsville, TX 78520

350-9826

8-05-180

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

8/6/02 rec 2:15 pm