United States District Court
Southern District of Texas
FILED

AUG 22 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| VICENTE CARDENAS RODRIGUEZ | § | |
| Plaintiff, | § | |
| | § | C.A. No. B-02-149 |
| V. | § | |
| | § | |
| RAUL GONZALEZ AND NOELIA | § | |
| GONZALEZ d//b/a Texas GS Snow | § | |
| Wiz | § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to an Order of this Court, Plaintiff Vicente Cardenas Rodriguez hereby identifies the following parties with a financial interest in the above-captioned lawsuit.

1. Vicente Cardenas Rodriguez

2. Raul Gonzalez d/b/a Texas GS Snow Wiz

3. Noelia Gonzalez d/b/a Texas GS Snow Wiz

Respectfully Submitted,

By: _____
Enrique G. Serna
Serna & Associates
Federal Bar No. 27366
Texas Bar No. 00178617
2000 Riverview Towers
111 Soledad Street
San Antonio, Texas 78205
Tel. (210)228-0095
Fax. (210)228-0839
Attorney for Plaintiff
Vicente Cardenas Rodriguez