UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTE CARDENAS RODRIGUEZ<br>Plaintiff | §<br>§<br>§ | |
| vs. | § | C.A. NO. B-02-149 |
| | § | |
| RAUL GONZALEZ AND NOELIA<br>GONZALEZ d/b/a Texas GS Snow Wiz<br>Defendants | §<br>§<br>§ | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, RAUL GONZALEZ AND NOELIA GONZALEZ d/b/a Texas GS Snow Wiz,** Defendants herein and files this their Original Answer to Plaintiff's Original Complaint and in support thereof would show unto the Court the following:

1. Defendants are without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Original Complaint, therefore, Defendants, deny the allegations contained in paragraph 1.

2. Defendant, Raul Gonzalez, d/b/a Texas G Snow Wiz, is an individual whose residence and principal place of business is at Route 5, San Benito, Texas, therefore, Defendants, admit to the allegations in paragraph 2 of Plaintiff's Original Complaint.

3. Defendant, Noelia Gonzalez, d/b/a Texas G Snow Wiz, is an individual whose residence and principal place of business is at Route 5, San Benito,

Texas, therefore, Defendants, admit to the allegations in paragraph 3 of Plaintiff's Original Complaint.

4. Defendants admit in paragraph 4 that this Court has original jurisdiction over this matter pursuant to 29 U.S.C.A. §206 (a)1and2, 29 U.S.C.A. §207(a) 1,2,and 3 and 29 U.S.C.A. §260 and supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367 but deny any violation of same.

5. Defendants admit in paragraph 5 that venue is proper.

6. Defendants deny the allegation in paragraph 6 of Plaintiff's Original Complaint.

7. Defendants deny the allegation in paragraph 7 of Plaintiff's Original Complaint.

8. Defendants deny the allegation in paragraph 8 of Plaintiff's Original Complaint.

9. Defendants deny the allegation in paragraph 9 of Plaintiff's Original Complaint.

10. Defendants deny the allegation in paragraph 10 of Plaintiff's Original Complaint.

11. Defendants deny the allegation in paragraph 11 of Plaintiff's Original Complaint.

12. Defendants deny the allegation in paragraph 12 of Plaintiff's Original Complaint.

13. Defendants deny the allegation in paragraph 13 of Plaintiff's Original Complaint.

14. Defendants deny the allegation in paragraph 14 of Plaintiff's Original Complaint.

15. Defendants admit that Plaintiff has filed a request for a jury demand in accordance with the Federal Rules of Civil Procedure 38 but denies these Defendants have any liability for any issues which would or should be presented to a jury in this matter.

16. Defendants deny the allegations contained in the Prayer in its entirety.

### AFFIRMATIVE DEFENSES

17. Defendants assert that the Plaintiff's claims are barred by the statute of limitations set forth in the FLSA under 29 USC Section 255.

**WHEREFORE PREMISES CONSIDERED,** Defendants pray that Plaintiff take nothing by this suit and that Defendants recover all costs of suit against Plaintiff. Additionally Defendants pray for such other and further relief, general or special, at law or in equity, to which he may be justly entitled to received.

Respectfully submitted,

By: _____
Carlos E. Hernandez, Jr.
Fed. ID 17022
SBOT 00787681
THE LAW OFFICES OF
CARLOS E. HERNANDEZ, JR., P.C.
2025 Central Blvd. Suite B
Brownsville, Texas 78520
Tel. (956) 542-1485
Fax:(956) 542-0904

## CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by regular U.S. Mail, unless otherwise indicated, to the persons listed below on the 19TH day of September, 2002.

**_Via CMRRR 7001 1940 0000 0233 9218_**
Enrique G. Serna
Serna & Associates
2000 Riverview Towers
111 Soledad Street
San Antonio, Texas 78205

Carlos E. Hernandez, Jr.