7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VICENTE CARDENAS RODRIGUEZ<br>Plaintiff,<br><br>V.<br><br>RAUL GONZALEZ AND NOELIA<br>GONZALEZ d//b/a Texas GS Snow<br>Wiz<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    C.A. No. B-02-149 |

## AGREED MOTION TO RESET INITIAL PRETRIAL CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now Comes Plaintiff Vicente Cardenas Rodriguez and Defendants Raul and Noelia Gonzalez and petition this Honorable Court to reset the initial pretrial conference and the filing of the joint case management plan until February 10 of 2003.

I.

Pursuant to FRCP (16) and a previous Order Setting Conference dated August 22, 2002, the Plaintiff and Defendants in this case are set to appear before this Honorable Court on December 16, 2002 to conduct the initial pretrial conference and work out the requirements of Rule 26 (F). Since the date of service of this lawsuit, Plaintiff and Defendants have been conducting often settlement conferences and have been exchanging settlement offers and counteroffers. At the present time, Plaintiff and Defendants are very close to settling this matter without further Court action and expenses to the parties.

II.

Both Plaintiff and Defendants respectfully requests this Court to enter an Order extending the deadline of the filing the joint case management plan as well as re-setting the initial conference until February 10, 2003 or any other day after such date convenient for this Court.

Respectfully submitted,

_____
Enrique G. Serna
Fed Id. No. 00789617
S.D. Tex. Bar #27366
111 Soledad Street 20th Floor
San Antonio, Texas 78205
Phone (210) 228-0095
Fax (210) 228-0839 – Fax

ATTORNEY FOR PLAINTIFF
VICENTE RODRIGUEZ

\* *Carlos Hernandez*
_____
Carlos Hernandez
State Bar No. 00787681
Fed. Id. No. 0017022
Law Offices of Carlos Hernandez P.C.
2025 Central Blvd. Suite B
Brownsville, Texas 78520
Phone: (956) 542-1485
Fax (956) 542-0904

ATTORNEY FOR DEFENDANTS
RAUL AND NOELIA GONZALEZ.

\* by permission

## CERTIFICATE OF CONFERENCE

On December 10, 2002 Counsel for Vicente Rodriguez discussed the merits of the above motion with counsel for defendants, Raul and Noelia Gonzalez, and was informed that defendants Raul and Noelia Gonzalez was not opposed to this motion.

_____
Enrique G. Serna

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was forwarded to all counsel of record by certified mail, return receipt requested, on this the 10th day of December, 2002.

_____
Enrique G. Serna