United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| VICENTE CARDENAS RODRIGUEZ § <br> Plaintiff, § <br> § <br> V. § <br> § <br> RAUL GONZALEZ AND NOELIA § <br> GONZALEZ d//b/a Texas GS Snow § <br> Wiz § <br> Defendants. § | C.A. No. B-02-149 |

## AGREED ORDER TO RESET INITIAL PRETRIAL CONFERENCE

Came on to be heard the Agreed Motion to Reset Initial Pretrial Conference scheduled for December 16, 2002. The Court, having considered the Agreed Motion, and being fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things, granted. It is, therefore, ORDERED, that the joint case management plan is due ten days before the initial pretrial conference that will be set for __February 18, 2003 @ 2:00 p.m.__

Dated: __12/11/02__

_____
United State District Judge Presiding