United States District Court
Southern District of Texas
FILED

DEC 12 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICENTE CARDENAS RODRIGUEZ<br>Plaintiff | § § § | |
| vs. | § | C.A. NO. B-02-149 |
| RAUL GONZALEZ AND NOELIA<br>GONZALEZ d/b/a Texas GS Snow Wiz<br>Defendants | § § § § | |

## DEFENDANTS' NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, CARLOS E. HERNANDEZ, JR,** attorney for Defendants and files this his Notice of Change of Firm Name and Address with the Clerk of the Court as required by Texas Civil Practice & Remedies Code §30.015:

### I.
### CURRENT FIRM NAME AND ADDRESS

**The Law Office of Carlos E. Hernandez, Jr., P.C.** 2025 Central Blvd. Suite B, Brownsville, Texas 78520. Telephone (956) 542-1485 and Facsimile (956) 542-0904.

### II.
### FORMER FIRM NAME AND ADDRESS

Carlos E. Hernandez, Jr., **The Garcia Law Firm, P.C.** 201 North 1st Street, Harlingen, Texas 78550. Telephone (956) 412-7055 and Facsimile (956) 412-7105.

Respectfully submitted,

**THE LAW OFFICES OF
CARLOS E. HERNANDEZ, JR., P.C.**
2025 Central Blvd. Suite B
Brownsville, Texas 78520
Telephone: (956) 542-1485
Facsimile: (956) 542-0904

By: _____
Carlos E. Hernandez, Jr.
Federal I.D. No. 17022
State Bar No. 00787681
Attorney-in-Charge for Defendants
Raul Gonzalez and Noelia Gonzalez
d/b/a Texas GS Snow Wiz's

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record, to wit:

**SENT VIA CMRRR 7002 1000 0004 8587 8402**

Mr. Enrique G. Serna, Esq.
SERNA & ASSOCIATES
2000 Riverview Towers
111 Soledad, 20th Floor
San Antonio, Texas 78205

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on the _10th_ day of December, 2002.

_____
Carlos E. Hernandez, Jr.