UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTE CARDENAS RODRIGUEZ<br>Plaintiff | §<br>§<br>§ | |
| vs. | §<br>§ | C.A. NO. B-02-149 |
| RAUL GONZALEZ AND NOELIA<br>GONZALEZ d/b/a Texas GS Snow Wiz<br>Defendants | §<br>§<br>§<br>§ | |

## DEFENDANTS' LIST OF ENTITIES WITH FINANCIAL INTEREST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Raul Gonzalez and Noelia Gonzalez d/b/a Texas GS Snow Wiz, Defendants in the above styled and numbered cause of action, and files this their List of Entities with Financial Interest. In support thereof, Defendants would respectfully show unto the Court as follows:

I.

To the best of Defendants Raul Gonzalez and Noelia Gonzalez d/b/a Texas GS Snow Wiz's knowledge, the only entities with a financial interest in this case are the following:

1. Plaintiff Vicente Cardenas Rodriguez

2. Defendants Raul Gonzalez and Noelia Gonzalez d/b/a Texas GS Snow Wiz

II.

Defendant is not a publicly traded corporation. Defendants would further incorporate the entities that may be named by other parties in their respective lists of entities with financial interest.

Signed December 10, 2002.

                                                  Respectfully submitted,

                                                  THE LAW OFFICES OF
                                                  CARLOS E. HERNANDEZ, JR.
                                                  2025 Central Blvd. Suite B
                                                  Brownsville, Texas 78520
                                                  Telephone (956) 542-1485
                                                  Facsimile (956) 542-0904

                                                  By: _____
                                                       Carlos E. Hernandez, Jr.
                                                       State Bar No. 00787681
                                                       Federal Bar No. 17022

                                                 Attorney-in-Charge for Defendants
                                                 Raul Gonzalez and Noelia Gonzalez
                                                       d/b/a Texas GS Snow Wiz's

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Defendant's List of Entities with Financial Interest, has been served on all counsel of record, to wit:

**SENT VIA FAX TO (210) 228-0839**

Mr. Enrique G. Serna, Esq.
SERNA & ASSOCIATES
2000 Riverview Towers
111 Soledad, 20th Floor
San Antonio, Texas 78205

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on December 10, 2002.

Carlos E. Hernandez, Jr.