12

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 02 / 18 / 03 |
| TIME | 2:00 p.m. — 2:10 p.m. |
| CIVIL ACTION | B / 02 / 149 |
| STYLE | Vicente Cardenas Rodriguez<br>*versus*<br>Raul Gonzalez, et al d/b/a Texas GS Snow Wiz |

United States District Court
Southern District of Texas
FILED

**FEB 18 2003**

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;     (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):     Enrique G. Serna
Attorney(s) for Defendant(s)     Carlos Hernandez

Comments:

    Judge confirmed the parties consented to trial before the magistrate. Parties indicated they are very close to settlement, which will occur not more than 30 days from Initial pretrial conference. Court will transfer this case to the Magistrate Judge if the parties do not notify the Court of their settlement by 5:00 p.m. on March 20, 2003.