13

# SERNA & ASSOCIATES
ATTORNEYS AND COUNSELORS AT LAW

2000 RIVERVIEW TOWERS
111 SOLEDAD
SAN ANTONIO, TEXAS 78205
UNITED STATES
(210) 228-0095-MAIN
(210) 228-0839- FAX

April 30, 2003

United States District Court
Southern District of Texas
FILED

MAY 0 1 2003

Michael N. Milby
Clerk of Court

Via Fax (956) 548-2598

Mrs. Estella Cavazos
Case Manager
U.S. District Court
Southern District of Texas
600 Harrison Street, #306
Brownsville, Texas 78520

RE: Civil Action B-02-149; *Vicente Cardenas Rodriguez v. Nolia and Raul Gonzalez, dba Texas G.S. Snow Wiz*; In the United Status District Court Southern District of Texas, Brownsville Division

Dear Mrs. Cavazos:

Pursuant to your conversation of today, I hereby advise the Court that this matter has not been settled to this day.

My opponent, Mr. Carlos Hernandez, and I will both consent to this being referred to U.S. Magistrate Judge Recio.

Please fax us the consent form and we execute it as soon as possible.

Sincerely,

Enrique G. Serna