05/02/2003 13:46 2102280855 SERNA ASSOCIATES PAGE 02
Case 1:02-cv-00149 Document 14 Filed in TXSD on 05/02/2003 Page 1 of 1

MAY-02-2003 FRI 02:48 PM DAVID GARCIA'S OFFICE   FAX NO. 956 383 1129   P. 02
05/01/2003 08:48 2102280839   SERNA ASSOCIATES   PAGE 02

14

United States District Court
Southern District of Texas
ENTERED

MAY 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

Vicenta Cardenas Rodriguez §
versus §   Civil Action No. B-02-149
Raul Gonzalez and Noelia Gonzalez §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Enrique Serna | Vicente Rodriguez | 5/1/03 |
| Carlos Hernandez | Gonzalez | 5/1/03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge Felix Recio to conduct all further proceedings, including final judgment.

5/2/03
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.