## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICENTE CARDENAS RODRIGUEZ | * | |
| vs | * | CIVIL ACTION NO. B02-149 (636(c)) |
| RAUL GONZALEZ, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

**TELEPHONIC SCHEDULING CONFERENCE**
(The telephonic call shall be initiated by the Plaintiff's counsel.)

**May 12, 2003, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701

---

**BY ORDER OF THE COURT**

May 6, 2003

cc:   Counsel of Record