

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICENTE CARDENAS RODRIGUEZ | * | |
| vs | * | CIVIL ACTION NO. B02-149 (636(c)) |
| RAUL GONZALEZ, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC SCHEDULING CONFERENCE
(The telephonic call shall be initiated by the Plaintiff's counsel.)

**June 4, 2003, at 1:30 p.m.**
(Reset from May 12, 2003)

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:    U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701

**BY ORDER OF THE COURT**

May 12, 2003

cc:    Counsel of Record