# CHAMBERS MINUTES

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

LAW CLERK:      Ryan A Byrd

United States District Court
Southern District of Texas
FILED

JUN 0 4 2003

Michael N. Milby
Clerk of Court

Date:         June 4, 2003, 1:30 p.m.
-----------------------------------------------------------------
## C.A. NO. B-02-149 (636(c))

VICENTE CARDENAS RODRIGUEZ        *        Enrique G Serna
            vs                    *
RAUL GONZALEZ                     *        Carlos E Hernandez, Jr.
And NOELIA GONZALEZ
d/b/a GS Snow Wiz

-----------------------------------------------------------------
## TELEPHONIC SCHEDULING CONFERENCE

A telephonic conference held with attorneys Serna and Hernandez.
The parties agreed to the docket dates.

A scheduling order will be issued.