IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VICENTE CARDENAS RODRIGUEZ § | | |
| Plaintiff, § | | |
| § | C.A. No. B-02-149 | |
| V. § | | |
| § | | |
| RAUL GONZALEZ AND NOELIA § | | |
| GONZALEZ d//b/a Texas GS Snow § | | |
| Wiz § | | |
| Defendants. § | | |

## AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE U.S. MAGISTRATE JUDGE:

Now Comes Plaintiff Vicente Cardenas Rodriguez and Defendants Raul and Noelia Gonzalez d/b/a Texas G. Snow Wiz and petitions this Honorable Court to dismiss Plaintiff's Personal Injury Lawsuit against Defendant.

I.

Plaintiff filed a Fair Labor Standards Act alleging Defendant failed to pay Plaintiff straight wage and hour as well as overtime compensation. Moreover, Plaintiff in the same complaint filed a Personal Injury complaint against Defendant.

II.

Pursuant to FRCP 41(a)(1)(ii) Plaintiff's and Defendant have agreed to Dismiss with Prejudice Plaintiff's Personal Injury allegations. At the present time, Plaintiff and Defendants are very close to settling this matter without further Court action and expenses to the parties.

Therefore, Plaintiff's and Defendants respectfully requests this Court to enter an Order dismissing Plaintiff's Personal Injury allegations with prejudice.

Respectfully submitted,

*Enrique G. Serna* with permission
Enrique G. Serna
Fed Id. No. 00789617
S.D. Tex. Bar # 27366
111 Soledad Street 20th Floor
San Antonio, Texas 78205
Phone (210) 228-0095
Fax (210) 228-0839 – Fax

ATTORNEY FOR PLAINTIFF
VICENTE RODRÍGUEZ.

*Carlos Hernandez* with permission
Carlos Hernandez
State Bar No. 00787681
Fed. Id. No. 0017022
Law Offices of Carlos Hernandez P.C.
2025 Central Blvd. Suite B
Brownsville, Texas 78520
Phone: (956) 542-1485
Fax (956) 542-0904

ATTORNEY FOR DEFENDANTS
RAUL AND NOELIA GONZALEZ.
d/b/a TEXAS G. SNOW WIZ.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| VICENTE CARDENAS RODRIGUEZ<br>Plaintiff, | §<br>§<br>§ | C.A. No. B-02-149 |
| V. | §<br>§ | |
| RAUL GONZALEZ AND NOELIA<br>GONZALEZ d//b/a Texas GS Snow<br>Wiz<br>Defendants. | §<br>§<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL

Came on to be heard the Agreed Stipulation of Dismissal on this the ___ day of September of 2003. The Court, having considered the Agreed Stipulation of Dismissal, and being fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things, granted. It is, therefore, ORDERED, that Plaintiffs Vicente Rodriguez Personal Injury lawsuit, against Defendants is dismissed with prejudice.

Dated: _____

_____
United State Magistrate Judge Presiding