IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 3 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| VICENTE CARDENAS RODRIGUEZ § | |
| Plaintiff, § | |
| § | C.A. No. B-02-149 |
| V. § | (636(c)) |
| § | |
| RAUL GONZALEZ AND NOELIA § | |
| GONZALEZ d//b/a Texas GS Snow § | |
| Wiz § | |
| Defendants. § | |

## AGREED STIPULATION OF DISMISSAL

Came on to be heard the Agreed Stipulation of Dismissal on this the 29th day of September of 2003. The Court, having considered the Agreed Stipulation of Dismissal, and being fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things, granted. It is, therefore, ORDERED, that Plaintiffs Vicente Rodriguez Personal Injury lawsuit, against Defendants is dismissed with prejudice.

Dated: 9-29-03

_____
United State Magistrate Judge Presiding